EDWARD L. CORBETT v. WALTER S. HALLIWELL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of FLORENCE SOLOW, as Administratrix, etc., of MORRIS SOLOW, Deceased, for an Order of Mandamus against WILLIAM F. CAREY, as Treasurer and Trustee of the Relief and Pension Fund of the Department of Street Cleaning.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

FREDERICK M. JABARA and Others, Copartners, Doing Business under the Firm Name and Style of F. M. JABARA & BROTHERS, v. MOBADDA RASHID, Doing Business under the Name and Also Known as S. M. RASHID.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

KATHERINE HARRINGTON, Individually, and as Treasurer of Bindery Women's Union Local No. 66 of the International Brotherhood of Bookbinders, etc., v. VINCENT J. FERRIS, Individually, and as President of the Allied Printing Trades Council of Greater New York, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MAURICE ABRAMS, JOSEPH BRAUNSTEIN and Fifty-eight Others, EDITH BRITT, THELMA C. BUCHANAN and Seven Others, for an Order under Article 78, Civil Practice Act, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission for the City of New York, and Others, and HARRY K. MAPLES, GERTRUDE F. MILNE and Forty-seven Others.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, etc., v. PARKAB CORPORATION and Others, and ROSDNIW COMPANY, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of ANNA SWIFT for an Order Restraining ROY UPHAM and Others, Individually, and as Members of the Grievance Committee of the Department of Education of the State of New York, and Regents of the University of the State of New York, from Proceeding Without or in Excess of Jurisdiction.— Motion for leave to appeal to the Court of Appeals or for reargument, and for a stay, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MORRIS M. COHEN and SIDNEY WEDEEN, Doing Business, etc., v. J. FRANKLIN TAUSCH.— Application denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

LYDIA HICKOX v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.